UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNCAN MACKENZIE MILLER, <br> Plaintiff, <br> v. <br> NATIONAL RAILROAD PASSENGER CORPORATION, <br> Defendant. | Case No. 18-cv-06633-SVK <br><br> **ORDER RE JOINT DISCOVERY DISPUTE REPORT** <br><br> Re: Dkt. No. 28 |

The Court has reviewed the Parties' Joint Discovery Dispute Report (Dkt. 28) and directs the Parties to provide the following materials to the Court:

1. Plaintiff is to provide a copy of Plaintiff's Request for Production of Documents (Set One);
2. Defendant is to provide a copy of Defendant's Response to Plaintiff's Request for Production of Documents (Set One).

The Parties are to email the above-referenced materials to SVKCRD@cand.uscourts.gov no later than **3:00 p.m. today, September 24, 2019**. The Parties are to reserve **Thursday, September 26, 2019 at 10:00 a.m**. for a discovery hearing; counsel may appear telephonically.

**SO ORDERED.**

Dated: September 24, 2019

*Susan van Keulen*

SUSAN VAN KEULEN
United States Magistrate Judge